# McGIVNEY M&K KLUGER, P.C.

www.mcgivneyandkluger.com

23 VREELAND ROAD, SUITE 220
FLORHAM PARK, NEW JERSEY 07932
(973) 822-1110 – TELEPHONE
(973) 822-1116 – FACSIMILE

November 16, 2012

*The in-person conference scheduled for November 20, 2012 is changed to a telephone conference. It shall be Defendant's counsel's duty to initiate the call.*

**SO ORDERED**

*/s/ Mark Falk 11/16/12*

MARK FALK, U.S.M.J.

Via Facsimile to (973) 645-3097 and regular mail
The Honorable Mark Falk, USMJ
United States Post Office and Courthouse
1 Federal Square, Room 457
Newark, New Jersey 07101

RE: Patient Care Associates, LLC a/s/o Stanislaw Kalata v. Marcal Manufacturing, LLC, et al.
Civil Action No. 12-2636 (WJM)
Our File No. 3171G-0006

Dear Judge Falk:

Please be advised that this office represents the Defendant, Marcal Manufacturing, LLC, with regard to the above-referenced case. This matter is currently scheduled for a settlement conference before Your Honor on November 20, 2012. Recently, the parties discovered that it is necessary to implead a third-party into this case. As per Your chambers' direction, I will be submitting a consent order in the near future with the amended pleading. Nonetheless, until the new party is joined into this case and at least some initial discovery is taken with it, the parties believe that a settlement conference at this time would seemingly be fruitless. We are, therefore, requesting that the settlement conference be adjourned and rescheduled for a later date.

I thank Your Honor for his time and attention to this matter.

Respectfully submitted,

McGIVNEY & KLUGER, P.C.

Michael R. Sarno
msarno@mklaw.us.com

MRS:rm
cc: Andrew Bronsnick, Esq.
(via facsimile to (973) 696-4211 and regular mail)

| BOSTON, MA | FLORHAM PARK, NJ | FT LAUDERDALE, FL | HARTFORD, CT | NEW YORK, NY | PHILADELPHIA, PA |
|---|---|---|---|---|---|
| (617) 723-5888 | (973) 822-1110 | (954) 848-3681 | (860) 404-3000 | (212) 509-3456 | (215) 557-1990 |
| PROVIDENCE, RI | SAN JOSE, CA | SPARTA, NJ | SYRACUSE, NY | WALNUT CREEK, CA | WILMINGTON, DE |
| (401) 519-2340 | (408) 279-8844 | (973) 726-4958 | (315) 473-9648 | (925) 947-1300 | (302) 656-1200 |

{F0808599-1}