

**McGIVNEY & KLUGER, P.C.**
Michael R. Sarno, Esq. (MS 0092)
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for the Defendant, Marcal Manufacturing, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| PATIENT CARE ASSOCIATES, LLC a/s/o STANISLAW KALATA, <br><br> Plaintiff, <br><br> v. <br><br> MARCAL MANUFACTURING, LLC; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendants. | Civil Action 2:12-cv-2636-WJM-MF <br><br> **CONSENT ORDER** |

**THIS MATTER** having been brought before this Court on the application of the Defendant, Marcal Manufacturing, LLC, for an Order granting leave to file a Third-Party Complaint against Aetna Life Insurance Company d/b/a Aetna, and it appearing that the attorney for the Plaintiff, Patient Care Associates, LLC a/s/o Stanislaw Kalata, has consented hereto, and for good cause shown,

IT IS on this ___6___ day of _December_ 2012,

**ORDERED** that Defendant, Marcal Manufacturing, LLC, is hereby granted leave to file a Third-Party Complaint against Aetna Life Insurance Company d/b/a Aetna and John Does 1-5 in the form attached hereto; and it is further

**ORDERED** that the Defendant/Third-Party Plaintiff, Marcal Manufacturing, LLC, shall file the Third-Party Complaint with the Clerk of the Court within fifteen (15) days of receipt of this Order; and it is further

{F0811420-1}

ORDERED that the Defendant/Third-Party Plaintiff shall serve the Summons, Third-Party Complaint, Plaintiff's Complaint, and a copy of this Order on the Third-Party Defendants within thirty (30) days of receipt of this Order; and it is further

ORDERED that this Court shall provide such other and further relief as it deems necessary and just; and it is further

ORDERED that a copy of this executed Order be forwarded to all counsel of record within seven (7) days of the date hereof.

We hereby consent to the form and entry of the within Order.  SO ORDERED,

MASSOOD & BRONSNICK, LLC

By: _____
Andrew R. Bronsnick, Esq.
Attorney for Plaintiff,
Patient Care Associates, LLC
a/s/o Stanislaw Kalata

MARK FALK, U.S.M.J.

McGIVNEY & KLUGER, P.C.

By: _____
Michael R. Sarno, Esq.
Attorneys for Defendant,
Marcal Manufacturing, LLC

{F0811420-1}