UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PATIENT CARE ASSOCIATES, LLC,**<br><br>    **Plaintiff,**<br><br> v.<br><br>**MARCAL MANUFACTURING, LLC,** et al.,<br><br>    **Defendants**. | Civil Action No. 12-2636 (WJM)<br><br><u>**ORDER SCHEDULING CONFERENCE**</u> |

  **IT IS on this 27th day of December, 2012**

  **ORDERED** that there shall be an in-person status/settlement conference before the Undersigned on **Wednesday, January 23, 2013** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.


                   /s/ Mark Falk      
                   **MARK FALK**
                   **United States Magistrate Judge**