UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PATIENT CARE ASSOCIATES, LLC,**<br><br>           **Plaintiff,**<br><br>   v.<br><br>**MARCAL MANUFACTURING, LLC,**<br>**et al.,**<br><br>           **Defendants**. | Civil Action No. 12-2636 (WJM)<br><br>**ORDER SCHEDULING CONFERENCE** |

     **IT IS on this 23rd day of January, 2013**

     **ORDERED** that there shall be an in-person status/settlement conference before the Undersigned on **Wednesday, March 27, 2013** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. Parties with full settlement authority are to be available by telephone.


                                                                /s/ Mark Falk
                                                          **MARK FALK**
                                                          **United States Magistrate Judge**